IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Butler, Bobbie Maria | Case Number:  06 B 15538 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  11/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,299.12 | |
| Secured: | | 11,080.54 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 586.23 |
| Trustee Fee: | | 632.35 |
| Other Funds: | | 0.00 |
| Totals: | 12,299.12 | 12,299.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,000.00 | 586.23 |
| 2. | AMC Mortgage Services Inc | Secured | 16,332.60 | 8,926.00 |
| 3. | Nuvell Credit Company LLC | Secured | 18,657.68 | 2,154.54 |
| 4. | AMC Mortgage Services Inc | Secured | 13,558.13 | 0.00 |
| 5. | Wells Fargo Fin Acceptance | Unsecured | 0.00 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 319.76 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 121.41 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 191.94 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 153.92 | 0.00 |
| 10. | Premium Asset Recovery Corp | Unsecured | 483.67 | 0.00 |
| 11. | Paragon Way Inc | Unsecured | 469.27 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 1,670.16 | 0.00 |
| 13. | Portfolio Acquisitions | Unsecured | 244.71 | 0.00 |
| 14. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 15. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 16. | LVNV Funding | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | Tx Collect Inc | Unsecured | | No Claim Filed |
| | | | $ 54,203.25 | $ 11,666.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 254.36 |
| 5.4% | 377.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Butler, Bobbie Maria | Case Number: 06 B 15538 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 11/28/06 |

_____
$ 632.35

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____